UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE DON CHAPIN COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>RAL INVESTMENT CORPORATION, et al.,<br><br>    Defendants. | Case No.  24-cv-04419-EKL<br><br>**ORDER OF CONDITIONAL DISMISSAL**<br><br>Re: ECF No. 27 |

The parties, by and through their counsel, have advised the Court that they have agreed to settlement and anticipate filing for dismissal with prejudice by August 29, 2025.  ECF No. 27.

Based thereon, this matter is DISMISSED without prejudice and any hearings and deadlines in this matter are VACATED.  The Clerk is directed to administrative close this case.  It is further ordered that Plaintiff may bring a motion to enforce the terms and conditions of the settlement agreement, with proper notice to all other parties, no later than August 29, 2025.  If no motion is filed by August 29, 2025, the parties shall file a request for dismissal with prejudice by August 29, 2025.

The Court retains jurisdiction over this case through August 29, 2025.  *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381 (1994).

**IT IS SO ORDERED.**

Dated:  March 14, 2025

Eumi K. Lee
United States District Judge